GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for plaintiffs:
ELITEGROUP COMPUTER SYSTEMS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELITEGROUP COMPUTER SYSTEMS INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KINTETSU WORLD EXPRESS HK, )<br>)<br>Defendants. )<br>) | **CASE NO.: C07-01744 CW  ENE**<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO COMPLETE EARLY NEUTRAL EVALUATION (ENE)**<br><br>**TRIAL DATE: April 28, 2008** |

THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:

1.  WHEREAS the deadline for the completion of the Early Neutral Evaluation ("ENE") is October 30, 2007;

2.  WHEREAS the Evaluator Harvey Wittenberg had previously scheduled with all parties consent to hold the ENE at plaintiff's counsel's office on October 30, 2007;

3.  WHEREAS Mr. Wittenberg has recently determined that he has a conflict that has arisen on that date requiring the re-scheduling of the ENE to a later date;

4.  WHEREAS the parties are unable to schedule the ENE to an earlier date;

---

1

**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR ENE (07-01744 CW ENE)**

P1019.2007-1726

5.  WHEREAS the parties have been working diligently toward resolution of this matter including the exchanging of settlement figures and two telephone sessions with the ENE Evaluator Harvey Wittenberg;

6.  WHEREAS the current status of settlement discussions is that a settlement figure is being recommended by both counsels to their clients and they are awaiting confirmation from overseas; and

7.  WHEREAS if the ENE deadline was continued for 30 to 45 days, the parties are likely to reach an interim resolution;

THE PARTIES HERETO STIPULATE AND REQUEST that the court permit the continuance of the ENE in this matter up to and including December 7, 2007 to accommodate the calendar of the assigned Evaluator.

Dated:  October 19, 2007            **LAW OFFICES OF GEORGE W. NOWELL**

By:   /S/_____
Paul B. Arenas
Attorneys for plaintiff
ELITEGROUP COMPUTER SYSTEMS INC.

Dated:  October 19, 2007            **COGSWELL NAKAZAWA & CHANG LLP**

By:   /S/_____
Alan Nakazawa
Attorneys for defendant
KINTETSU WORLD EXPRESS HK EXPRESS

**ORDER**

IT IS SO ORDERED.  The deadline for the completion of the ENE session is hereby continued to December 7, 2007.

Dated:  October 25, 2007

_____
UNITED STATES DISTRICT COURT JUDGE