GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for plaintiffs:
ELITEGROUP COMPUTER SYSTEMS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELITEGROUP COMPUTER SYSTEMS INC. <br><br> Plaintiffs, <br><br> v. <br><br> KINTETSU WORLD EXPRESS HK, <br><br> Defendants. | CASE NO.: C07-01744 CW  ENE <br><br> **STIPULATION AND ORDER EXTENDING THE TIME TO COMPLETE EARLY NEUTRAL EVALUATION (ENE) AND TRIAL SCHEDULE** <br><br> TRIAL DATE: April 28, 2008 |

THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:

1.      WHEREAS the deadline for the completion of the Early Neutral Evaluation ("ENE") is December 7, 2007 (the court having previously continued this date by stipulation and proposed order of the parties as a result of the Evaluator's schedule change);

2.      WHEREAS the Evaluator Harvey Wittenberg had previously scheduled with all parties consent to hold the ENE at plaintiff's counsel's office on November 30, 2007;

3.      WHEREAS Mr. Wittenberg was called away one week prior to the November 30, 2007 scheduled ENE session and unable to go forward on November 30th;

4.      WHEREAS the parties have been unable to reschedule to ENE with client representatives available prior to the December 7, 2007 deadline;

5.      WHEREAS the parties have been working diligently toward resolution of this

1

**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR ENE & CONTINUING PRE-TRIAL SCHEDULE (07-01744 CW ENE)**

P1205.2007-1726

1  matter including the exchanging of settlement figures and two telephone sessions with the ENE

2  Evaluator Harvey Wittenberg;

3     6.     WHEREAS the current status of settlement discussions is that a settlement figure

4  is being recommended by both counsels to their clients and they are awaiting confirmation from

5  overseas and one party is negotiating a contribution from a third party;

6     7.     WHEREAS the changes in the dates for the ENE have not been the fault of the

7  parties, but rather the difficulties in the Calendar of the assigned Evaluator (the parties having

8  previously agreed to dates for attendance only to have those dates become impossible for the

9  Evaluator after setting);

10     8.     WHEREAS the deadline for filing motions directed to the merits is December 20,

11  2007 with a hearing deadline of January 24, 2008

12     9.     WHEREAS if the ENE deadline and the last day to hear motions directed to the

13  merits were continued for another 30 to 45 days, the parties are hopeful that a resolution will be

14  achieved;

15  THE PARTIES HERETO STIPULATE AND REQUEST that the Court permit the

16  continuance of the ENE in this matter up to and including January 18, 2008 to accommodate the

17  calendar of the assigned Evaluator and continue the pre-trial and trial dates as follows:

18     1.     Last Day to Hear Motions from January 4, 2008 to March 6, 2008 at 2:00 p.m.;

19     2.     Last Day to Complete Discovery from January 30, 2008 to February 28, 2008;

20     3.     Last Day to Disclose Experts from January 15, 2008 to February 15, 2008;

21     4.     Last Day to Complete Expert Discovery from February 15, 2008 to March 15,

22     2008;

23     5.     Final Pre-Trial Conference from April 8, 2008 to July 15, 2008; and

24     6.     Trial (3 day jury trial) from April 28, 2008 to July 28, 2008.

Dated: December 5, 2007         **LAW OFFICES OF GEORGE W. NOWELL**

By: /S/ _____
        Paul B. Arenas
        Attorneys for plaintiff

**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR ENE & CONTINUING PRE-TRIAL SCHEDULE (07-01744 CW ENE)**

P1205.2007-1726

ELITEGROUP COMPUTER SYSTEMS INC.

Dated:  December 5, 2007  **COGSWELL NAKAZAWA & CHANG LLP**

By:  /S/_____
      Alan Nakazawa
      Attorneys for defendant
      KINTETSU WORLD EXPRESS HK EXPRESS

**ORDER**

IT IS SO ORDERED.  The deadline for the completion of the ENE session is hereby continued to January 18, 2008 and the pre-trial and trial dates as follows:

1. Last Day to Hear Motions from January 24, 2008 to March 6, 2008 at 2:00 p.m.; **a further Case Management Conference will also be held at that time whether or not motions are filed.**

2. Last Day to Complete Discovery from January 30, 2008 to February 28, 2008;

3. Last Day to Disclose Experts from January 15, 2008 to February 15, 2008;

4. Last Day to Complete Expert Discovery from February 15, 2008 to March 15, 2008;

5. Final Pre-Trial Conference from April 8, 2008 to July 15, 2008 at 2:00 pm.; and

6. Trial (3 day jury trial) from April 28, 2008 to July 28, 2008 at 8:30 a.m.

Dated:  December 10, 2007

_____
UNITED STATES DISTRICT COURT JUDGE