GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for plaintiffs:
ELITEGROUP COMPUTER SYSTEMS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELITEGROUP COMPUTER SYSTEMS INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KINTETSU WORLD EXPRESS HK )<br>EXPRESS, )<br>)<br>Defendants. )<br>) | **CASE NO.: C07-01744 CW**<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

It is stipulated by and between the Plaintiff ELITEGROUP COMPUTER SYSTEMS INC. and Defendant KINTETSU WORLD EXPRESS HK EXPRESS, through the parties' counsel of record, and requested that, a settlement of this matter having been concluded, that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

This stipulation and dismissal completely terminate the above-entitled action against all parties. Each party will bear its own attorneys' fees and costs.

//

1

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER (C07-01744 CW)**

The parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated: March ___, 2008            **LAW OFFICES OF GEORGE W. NOWELL**

/S/

PAUL B. ARENAS
Attorneys for Plaintiff
ELITEGROUP COMPUTER SYSTEMS INC.

Dated: March ___, 2008            **COGSWELL NAKAZAWA & CHANG LLP**

/S/

ALAN NAKAZAWA
Attorneys for Defendant
KINTETSU WORLD EXPRESS HK EXPRESS

**ORDER**

IT IS SO ORDERED.

Dated: March _19__, 2008

HON. CLAUDIA WILKEN
United States District Court
Northern District of California

2
**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER (C07-01744 CW)**

P0303.2008-1726